John Charles MARQUIS,
Petitioner/Appellant,

v.

Barbara Jean MARQUIS,
Respondent/Respondent.

No. 65893.

Missouri Court of Appeals,
Eastern District,
Division One.

May 23, 1995.

David L. Baylard, Daniel J. Briegel, Briegel, Baylard, P.C., Union, for appellant.

Corinne R. Coston, Mary Ann Weems, Clayton, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

## ORDER

PER CURIAM.

Husband appeals from a decree of dissolution entered February 25, 1994. We affirm. The judgment of the trial court is supported by substantial evidence and not against the overwhelming weight of the evidence. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).